UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.<br><br>       Plaintiff,<br><br>  v.<br><br>CYNTHIA ROBERTS,<br><br>       Defendant. | Case No.: C 09-1855 PVT<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE RELATED TO AND CONSOLIDATED WITH CASE NO. C 09-1879 HRL** |

On April 29, 2009, Defendant Cynthia Roberts removed this action from state court.[1] On that same day, Cynthia Roberts filed with this court a complaint against Washington Mutual Bank, F.A. and JP Morgan Chase Bank, N.A. Based on the file herein, and the file in *Roberts v. Washington Mutual Bank, FA et al.*, Northern District of California Case no. C09-1879 HRL,

IT IS HEREBY ORDERED that, no later than May 21, 2009, any party who objects to the court relating and consolidating this case with *Roberts v. Washington Mutual Bank, FA et al.*, Northern District of California Case no. C09-1879 HRL shall file a declaration showing cause why the cases should not be related and consolidated.

IT IS FURTHER ORDERED that, no later than May 21, 2009, defense counsel shall sign up for electronic filing in this case.

Dated: *5/7/09*

                                       PATRICIA V. TRUMBULL
                                       United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

***Other Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>     *5/7/09*     to:

Randall D. Naiman, Esq.
Naiman Law Group
4660 La Jolla Village Drive, Suite 500
San Diego, CA  92122

                                  <u> /s/   Donna Kirchner          for </u>
                                  CORINNE LEW
                                  Courtroom Deputy