UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYNTHIA ROBERTS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 09-1855 PVT <br><br> **ORDER RELATING AND CONSOLIDATING THIS CASE WITH CASE NO. C 09-1879 HRL** |

  On May 7, 2009, this court issued an Order to Show Cause Why this Case Should Not Be Related to and Consolidated with Case No. C 09-1879 HRL, setting a deadline of May 21, 2009 for the parties to respond.[1]  No response has been received by the court.  Therefor, based on the court's prior order and the file herein and in and the file in *Roberts v. Washington Mutual Bank, FA et al.*, Northern District of California Case no. C09-1879 HRL,

  IT IS HEREBY ORDERED that this case is related to, and consolidated with, *Roberts v. Washington Mutual Bank, FA et al.*, Northern District of California Case No. C09-1879 HRL.  The Clerk shall consolidate these actions.  Case No. C09-1855 PVT is the earlier filed action and therefore, shall be the lead case.  All future filings shall be filed in Case No. C09-1855 PVT.

---

[1]   The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1     IT IS FURTHER ORDERED that, no later than June 22, 2009, Plaintiff's counsel shall sign
2 up for electronic filing in this case.
3 Dated: *6/10/09*

                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

ORDER, *page 2*

1
2 *Other Counsel automatically notified of this filing via the court's Electronic Case Filing system.*
3
4 copies mailed on    *6/10/09*       to:
5 Randall D. Naiman, Esq.
Naiman Law Group
6 4660 La Jolla Village Drive, Suite 500
San Diego, CA  92122
7
8                                     */s/  Donna Kirchner         for*
                                    CORINNE LEW
9                                    Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28