JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
REGINALD ROBERTS, JR. (CA Bar No. 216249)
rroberts@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., for itself and as an
acquirer of certain assets and liabilities of Washington
Mutual Bank from the FDIC acting as receiver

# UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ROBERTS, an individual,<br><br>    Plaintiffs<br><br>v.<br><br>WASHINGTON MUTUAL BANK FA, a Federal Savings Bank, organized and existing under the laws of the United States of America; JPMORGAN CHASE BANK, N.A., a national association, organized and existing under the laws of the United States of America; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.:** C 09-1855 PVT<br>(Consolidated with C09 01879HXL)<br><br>~~**[PROPOSED]**~~ **ORDER RE: STIPULATION TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. The Stipulation regarding time for Defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as Receiver, to respond to the Complaint in this action is approved; and

///

1

2026090.1

2. Defendant JPMorgan shall file its responsive pleading on or before September 21, 2009.

**IT IS SO ORDERED.**

<u>  9/28/09  </u>  
DATED

*[signature: Patricia V. Trumbull]*  
MAG. JUDGE OF THE UNITED STATES DISCTRICT COURT

2

2026090.1