1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A. ) | Case No.: C 09-1855 PVT |
| Plaintiff, ) | **ORDER GRANTING MOTION TO EXTEND STAY** |
| v. ) | |
| CYNTHIA ROBERTS, ) | |
| Defendant. ) | |
| AND RELATED CROSS-ACTION ) | |

Currently pending before the court is Cynthia Roberts' unopposed Motion for an Extension of the Stay Order for 90 Days or in the Alternative an Order Referring Plaintiff to the Volunteer Legal Services Program under the Pro Bono Project.  Based on the motion and the file herein,

IT IS HEREBY ORDERED that the motion is GRANTED.  The previously ordered stay is case is extended by 90 days.

IT IS FURTHER ORDERED that the request for referral to the federal Pro Bono Project is DEFERRED pending submission of an updated financial statement and a declaration setting forth what efforts Ms. Roberts has made to retain new counsel.

Dated: *April 22, 2010*

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on  *4/23/10*    to:

Cynthia Roberts
107 Silverwood Dr.
Scotts Valley, CA  95066

                                                */s/  Donna Kirchner     for*
                                                MARTHA BROWN
                                                Courtroom Deputy

ORDER, *page 2*