UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA ROBERTS,<br><br>        Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: C 09-1855 PVT<br>(Consolidated with Case No. C 09-1879)<br><br>**ORDER** RE PLAINTIFF'S CURRENT *PRO SE* STATUS |

As the court previously noted, Plaintiff's former attorney resigned from the bar and is no longer eligible to practice law.  Thus, although Plaintiff has not substituted herself in pro se, and although the court has referred Plaintiff to the federal Pro Bono Project, Plaintiff is currently essentially representing herself *pro se*.  Therefore,

IT IS HEREBY ORDERED that the clerk of the court shall modify the docket to reflect the fact that Timothy Douglas Thurman no longer represents Plaintiff and Plaintiff is currently representing herself unless and until an attorney is appointed through the Federal Pro Bono Project

Dated:   *11/3/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2  copies mailed on    *11/3/10*    to:
3  Cynthia Roberts
   107 Silverwood Dr.
4  Scotts Valley, CA  95066
5
6                                        */s/   Donna Kirchner     for*
                                         OSCAR RIVERA
7                                        Courtroom Deputy
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*