UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA ROBERTS,

    Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A., et al.

    Defendant(s).
_____/

Case No.: C 09-1855 PVT
(Consolidated with Case No. C 09-1879)

RESPONSE FROM PRO BONO PROJECT

reassig1.DCT

1

**ProBonoProject** 

480 N. First Street
P.O. Box 103
San Jose, CA 95103-0103

408 998-5298
408 971-9672 fax
www.probonoproject.org

Honorable Judge Patricia Trumbull
United States District Court
for the Northern District of California
280 South First Street
San Jose, CA 95113

**Re: Referral of Case No. C-09-01855 PVT**

To the Honorable Judge Trumbull:

Please be advised that the Federal Legal Assistance Self-Help Center (FLASH), a program of the Pro Bono Project of Silicon Valley, received the case file for the above captioned case, along with an order referring the litigant to the Pro Bono Project and requesting that counsel be appointed on behalf of the pro se plaintiff.

Per the Federal Pro Bono Project guidelines, this letter is to advise the Court that FLASH has been unable to secure representation on behalf of the client. FLASH maintains a list of law firms that have expressed an interest in taking on pro bono work through the Federal Pro Bono Project. When a case is sent to FLASH for placement I reach out to the attorneys in an effort to secure representation. With respect to the current case, I have contacted the pro bono coordinators at the following law firms, none of whom expressed an interest in taking on representation:

- Akin Gump Strauss Hauer & Feld, LLP
- Arnold & Porter, LLP
- Baker & McKenzie
- Berliner & Cohen
- Bingham McCutchen, LLP
- Coblentz, Patch, Duffy & Bass, LLP
- Cooley Godward Kronish, LLP
- Covington & Burling, LLP
- Davis Polk & Wardwell, LLP
- Davis Wright Tremaine, LLP
- Dechert, LLP
- DLA Piper Rudnick Gray Cary
- Farella Braun + Martel, LLP
- Fenwick & West, LLP
- Fish & Richardson, PC
- Gibson, Dunn & Crutcher
- Goodwin Procter, LLP
- Hanson Bridgett, LLP

- Holland & Knight
- Hopkins & Carley
- Howard Rice Nemerovski Canady Falk & Rabkin
- Howrey, LLP
- Keker & Van Nest, LLP
- Kirkland & Ellis, LLP
- Latham & Watkins, LLP
- Littler Mendelson
- Manatt, Phelps & Phillips, LLP
- Mayer Brown, LLP
- McDermott Will & Emery
- Morgan, Lewis & Bockins, LLP
- Morrison & Foerster, LLP
- Nixon Peabody, LLP
- O'Melveny & Myers, LLP
- Orrick, Herrington & Sutcliffe, LLP
- Paul Hastings Janofsky & Walker
- Pillsbury Winthrop Shaw, LLP
- Quinn Emanuel Urquhart and Sullivan, LLP
- Reed Smith, LLP
- Ropes & Gray, LLP
- Shearman & Sterling, LLP
- Sheppard Mullin Richter & Hampton, LLP
- Skadden Arps Slate Meagher & Flom, LLP
- Sonnenschein Nath & Rosenthal, LLP
- Weil Gotshal & Manges, LLP
- Wilson Sonsini Goodrich & Rosati
- Winston & Strawn, LLP

In addition, at the client's request, I contacted a sole practicioner, Russell Davis, who specializes in Real Property law. After discussing the case with Mr. Davis he declined to accept the case as well.

Should the court still feel that appointment of counsel is appropriate in this matter I will endeavor to secure representation. If such is the case, I will wait to hear from the court before proceeding further.

Regards,

*Rachel Miño*

Rachel Miño
Supervising Attorney
Federal Legal Assistance Self Help Center
Pro Bono Project Silicon Valley