UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA ROBERTS,<br><br>               Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A., ET AL.,<br><br>               Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 09-CV-01855-LHK<br>(Consolidated with Case No. 09-CV-01879)<br><br>ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

Upon reassignment to the undersigned Judge Lucy H. Koh, the hearing on Defendant JP Morgan Case Bank's motion to dismiss was reset for March 3, 2011. Pursuant to Civil Local Rule 7-1(b), the Court deems Defendant's motion suitable for decision without oral argument. Accordingly, the Court hereby VACATES the hearing and case management conference set for March 3, 2011, at 1:30 p.m. The Court will issue a written order on Defendant's motion.

**IT IS SO ORDERED.**

Dated: February 28, 2011

                                             _____
LUCY H. KOH
United States District Judge