UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA ROBERTS,<br><br>              Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A., ET AL.,<br><br>              Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 09-CV-01855-LHK<br>(Consolidated with Case No. 09-CV-01879)<br><br>ORDER REQUESTING STATUS UPDATE AND SETTING CASE MANAGEMENT CONFERENCE |

On March 11, 2011, the Court issued an order granting Defendant's motion to dismiss with leave to amend. Plaintiff filed an amended complaint on April 1, 2011. There appears to be no activity on the docket since that date. Accordingly, the Court requests that the parties file a statement updating the Court on the status of the case by June 7, 2011. In addition, the Court will hold a Case Management Conference on August 3, 2011 at 2 p.m.

**IT IS SO ORDERED.**

Dated: May 24, 2011

                                               _____
LUCY H. KOH
United States District Judge